Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALI AYUB AL-ARSHAD, et al.<br><br>Defendant. | CASE NO. 1:14-cv-01449-BAM<br><br>PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER |

TO THE HONORABLE BARBARA A. MCAULIFFE, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:

Plaintiff Joe Hand Promotions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Thursday, December 18, 2014 at 9:00 AM.   As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference and extend the time to complete service to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Ali Ayub Al-Arshad , individually and d/b/a Taxis Hamburger Restaurant.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Initial Scheduling Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for Thursday, December 18, 2014 at 9:00 AM.

Respectfully submitted,

Dated: December 5, 2014          */s/ Thomas P. Riley*
                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                 By: Thomas P. Riley
                                 Attorneys for Plaintiff
                                 Joe Hand Promotions, Inc.

## ORDER

Having reviewed Plaintiff's *ex parte application*, IT IS HEREBY ORDERED that the Initial Scheduling Conference is continued from 12/18/2015 to **February 11, 2015 at 9:00 a.m** in Courtroom 8, before Judge Barbara A. McAuliffe. The parties are encouraged to appear at the mandatory scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 499-5789.

IT IS SO ORDERED.

Dated:   **December 8, 2014**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**INITIAL SCHEDULING  CONFERENCE AND EXTENDING TIME TO**
**COMPLETE SERVICE; AND ORDER**
**CASE NO. 1:14-cv-01449-BAM**