Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. 1:14-cv-01449-BAM |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND ORDER |
| v. | |
| ALI AYUB AL-ARSHAD, et al. | |
| Defendant. | |

TO THE HONORABLE BARBARA A. MCAULIFFE, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:

As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon Defendant Ali Ayub Al-Arshad, individually and d/b/a Taxis Hamburger Restaurant.

WHEREFORE, Plaintiff makes the following representations and recommendations:

1. On September 17, 2014, Plaintiff's Complaint was filed against Defendant Ali Ayub Al-Arshad, individually and d/b/a Taxis Hamburger Restaurant.

2. Plaintiff has *still* not perfected service of the initiating suit papers upon the Defendant, Ali Ayub Al-Arshad, individually and d/b/a Taxis Hamburger Restaurant, despite efforts to do so. (Please find a true and correct copy of the process server's Status Reports attached hereto and made part hereof as Plaintiff's Exhibit 1).

3.      Notwithstanding the difficulties incurred to date regarding service, Plaintiff is informed and believes Defendant Ali Ayub Al-Arshad is the owner of Country Dream Home Furnishings and has identified the business address (1431 Kansas Avenue, Modesto, CA 95351) which  it believes will be successful to serve it's initiating suit papers upon this particular defendant and has notified its process server of same.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court permit Plaintiff an additional Forty-Five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the named defendant.

Respectfully submitted,

Dated:  January 12, 2014

_/s/ Thomas P. Riley_
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

///
///
///
///
///
///
///
///
///
///

## __ORDER__

Having reviewed Plaintiff's *ex parte application*, and for good cause being shown, IT IS HEREBY ORDERED that Plaintiff is granted an additional Forty-Five (45) days from the service of this order to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendant Ali Ayub Al-Arshad, individually and d/b/a Taxis Hamburger Restaurant, where service has not been made or service by publication requested.

To further accommodate Plaintiff's request, the Initial Scheduling Conference is continued from 02/11/2015 to __March 17, 2015 at 9:30 a.m__ in Courtroom 8, before Judge Barbara A. McAuliffe. The parties are encouraged to appear at the mandatory scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 499-5789.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated: __January 13, 2015__          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE