UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc. ,<br><br>       Plaintiff,<br><br>    v.<br><br>Ali Ayub Al-Arshad, dba Taxis Hamburger Restaurant ,<br><br>       Defendant. | Case No.  1:14-cv-1449 MCE BAM<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Ali Ayub Al-Arshad, individually and doing business as Taxis Hamburger Restaurant as follows: a. $2,500.00 statutory damages for violation of 47 U.S.C. § 605; and b. $750 in conversion damages.

Date: December 04, 2015           MARIANNE MATHERLY, CLERK

                                                        By: /s/  R. Becknal
                                                        Deputy Clerk